

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Hon. O. E. Rigby
County Auditor
Uvalde, Texas

Dear Sir:

Opinion No. O-6376
Re: What is the amount of salary
which can be legally paid to
the County Commissioners of
Uvalde County?

We have received and carefully considered your request for an opinion on the above matter. We quote from said request as follows:

"What is the amount of salary which can be legally paid to the County Commissioners of Uvalde County?

"According to the 1940 Federal Census, the county had a population of 12,945. The assessed valuation according to the 1944 tax rolls was $8,874,367.00. Present salary now paid to the Commissioners is $1,400.00 per year."

Article 2350 of Vernon's Annotated Civil Statutes reads, in part, as follows:

"In counties having the following assessed valuations, respectively, as shown by the total assessed valuations of all properties certified by the county assessor and approved by the Commissioners Court, for county purposes, for the previous year, from time to time, the County Commissioners of such counties shall each receive annual salaries not to exceed the amounts herein specified, said salaries to be paid in equal monthly installments, at least one-half, and not exceeding three-fourths, out of the Road and Bridge Fund

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

and the remainder out of the General Fund of the county; said assessed valuations and salaries applicable thereto being as follows:

"Assessed Valuations                    Salaries to be
                                        paid each Com-
                                        missioner


$6,000,001 and less than
$10,000,000 not to exceed ..... $1400.00"


You will note that the above statute provides that where the total assessed valuations all all properties certified by the County Assessor and approved by the Commissioners' Court, for county purposes, for the previous year, is as much as $6,000,001 and less than $10,000,000, the County Commissioners of such county shall each receive annual salaries not to exceed the sum of $1400. Therefore, since such valuations in Uvalde County for 1944 are within the minimum and maximum amounts named, the salaries to be paid such Commissioners for this year should not exceed the sum of $1400.00.

Trusting that this satisfactorily answers your inquiry, we are

Very truly yours,

ATTORNEY GENERAL OF TEXAS


By

Jas. W. Bassett
Assistant.


JWB:rt:ls

Approved Jan. 20, 1945
(s) Carlos C. Ashley
First Assistant
Attorney General

Approved
Opinion
Committee
By (s) BWB
Chairman